James D. Pacitti, Esq. (SBN 248696)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
jpacitti@consumerlawcenter.com
T: (323) 988-2400; F: (866) 385-1408
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE MARIN, | Case No.: 11-CV-02331 |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| PORTFOLIO RECOVERY ASSOCIATES, | |
| Defendant. | |

NOW COMES the Plaintiff, MELANIE MARIN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                Respectfully Submitted,

DATED: March 7, 2011        KROHN & MOSS, LTD.


                            By: /s/ James D. Pacitti _
                               James D. Pacitti
                               Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on April 20, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ James D. Pacitti

James D. Pacitti, Esq.